IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES BASSETT, GUARDIAN OF
BRITTANIE BASSETT, A MINOR                                                                    PLAINTIFF

V.                                                                                    NO. 3:05cv00026-TSL-AGN

MTD HOLDINGS; MTD PRODUCTS, INC.
D/B/A MTD CONSUMER PRODUCTS
TECHNICAL CENTER; and SONYA BASSETT                                                DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This civil action came on to be heard on the Motion *ore tenus* of the Plaintiff to dismiss this civil action without prejudice and the Court being advised that there is no objection to said Motion is of the opinion that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action be and the same is hereby dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 17th day of April, 2006.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED TO:


s/Robert G. Germany
ROBERT G. GERMANY, MSB #4800


s/Elizabeth T. Bufkin
ELIZABETH T. BUFKIN, MSB #8204


s/Stanley Sorey
STANLEY SOREY, MSB #99683